IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARGARET WILLIAMS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| U.S. AIRWAYS, INC. | : | NO. 10-0399 |

## ORDER

**AND NOW**, this 18th day of November, 2010, upon consideration of the Motion for Summary Judgment of Defendant U.S. Airways, Inc. (Document No. 23), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant U.S. Airways, Inc. and against the plaintiff Margaret Williams.

_____
TIMOTHY J. SAVAGE, J.